■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP LEWIS, Appellant. — Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered on June 22, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Sullivan, Ross, Lynch and Kassal, JJ.